

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00007-CV

**WOODLAKE MANAGEMENT SERVICES L.L.C.**, John Augustin Butuza,
Appellants

v.

**RICHARD J. BONJORNO AND JUDY C. BONJORNO REVOCABLE TRUST, DATED
JUNE 9, 1983** and Richard Bonjorno,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-13311
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

We GRANT appellants' Motion for Rehearing and withdraw our opinion and judgment of
September 18, 2013. In accordance with this court's opinion of this date, the judgment of the trial
court is REVERSED and judgment is RENDERED that appellees take nothing. The cause is
REMANDED for consideration of the amount of attorney's fees to which appellants are entitled.

It is ORDERED that appellants recover costs of this appeal from appellees.

SIGNED January 8, 2014.

_Sandee Bryan Marion_, Justice